HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GONZALO GUTIERREZ-LOPEZ,<br><br>        Defendant. | No. Cr. F 12-282 AWI<br><br>**UNOPPOSED REQUEST TO EXTEND DEADLINE FOR FILING RESPONSE; ORDER**<br><br>Judge: Honorable ANTHONY W. ISHII |

Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender David M. Porter, hereby requests that the deadline for filing a response to the Court's November 25, 2014 order be extended to **January 26, 2015**. The undersigned is awaiting responses from Mr. Gutierrez-Lopez and the Probation Office. Counsel for the government, Assistant U.S. Attorney Kathleen A. Servatius, graciously indicated that she has no objection.

Dated: December 17, 2014

                                            Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            /s/ *David M. Porter*
                                            DAVID M. PORTER
                                            Assistant Federal Defender

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the response to the Court's order of November 25, 2014, may be filed on or before January 26, 2015.

IT IS SO ORDERED.

Dated:   December 18, 2014                              /s/ signature

                                                          SENIOR DISTRICT JUDGE